**Opinion issued August 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00159-CV

———————————

## IN RE ESTATE OF AUDREY BANKS, DECEASED

---

**On Appeal from Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 470699**

---

## MEMORANDUM OPINION

Appellant Alma Banks Brown, proceeding pro se, filed a notice of appeal, challenging the trial court's Order for Turnover of Estate Property. The clerk's record was due on June 20, 2025.

On July 22, 2025, the trial court clerk filed an Information Sheet stating that Appellant had not made payment arrangements for the clerk's record. The trial court clerk also noted that, on July 18, 2025, Appellant "stated that she would be in [the]

office the following Monday to pay for [the record,] but she did not." The clerk also noted that Appellant came to the office "but only to file another notice of appeal and not to pay for the current record."

That same day (July 22), we notified Appellant that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(b). We directed Appellant to submit written evidence from the trial court clerk by August 21, 2025, reflecting payment of the fee for preparing the clerk's record or arrangements to pay the fee. *See id*.

Appellant has not adequately responded to this Court's notice and to date, the clerk's record has not been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.